# EXHIBIT 1



Philip H. Mao  
+1 650 843 5821  
pmao@cooley.com

Via Email

January 8, 2020

WAWRZYN LLC  
Matthew M. Wawrzyn  
matt@wawrzynlaw.com  
2700 Patriot Blvd, Suite 250  
Glenview, IL 60026

ATKINS & DAVIDSON, APC  
Todd C. Atkins  
tatkins@atkinsdavidson.com  
2261 Rutherford Road  
Carlsbad, CA 92008

**Re:  VDPP v. Facebook Technologies (Case No. 3:19-cv-04597) – Facebook's Source Code Production**

Dear Counsel:

As of today, Facebook Tech's source code production for the Oculus Quest, Oculus Rift, and Oculus Go headsets and the Portal (collectively, "the Accused Devices") is available for inspection on a stand-alone computer at Cooley's office in Palo Alto, California.  Please note this production is designated "HIGHLY CONFIDENTIAL – SOURCE CODE" and is made available pursuant to the proposed draft Protective Order sent to VDPP on December 20, 2019.  As a courtesy, please let us know as far in advance as possible as to when you would like to review the code so we can best prepare for your review.

With this production, Facebook Tech expects that VDPP's Patent L.R. 3-1(c) Infringement Contentions will identify specifically where and how each limitation of each asserted claim is found within each Accused Device, including relevant source code citations, if any.

Sincerely,

*[signature]*

Philip H. Mao

218223190