# EXHIBIT 4

# U.S. Patent No. 9,699,444: GO

| Claim 27 | Facts | Factual Evidence |
|---|---|---|
| An apparatus comprising: a storage adapted to: store one or more image frames . . . | The picture to the right shows the inside of a GO.<br><br>The arrow points to the storage component of the GO.<br><br>The storage houses video data as a sequence of image frames. | |

| | | |
|---|---|---|
| a processor adapted to: obtain a first image frame from a first video stream; generate a modified image frame by performing at least one of expanding the first image frame, shrinking the first image frame, removing a portion of the first image frame, stitching together the first image frame with a second image frame, inserting a selected image into the first image frame, and reshaping the first image frame, wherein the modified image frame is different from the first image frame . . . . | The Oculus Go is a completely self-contained, standalone, no-phone-or-PC-necessary VR system with an LCD display.  The Oculus Go has a 2560 ×1 440 5.5" (538ppi) fast-switching LCD display with standard 60Hz refresh rate (and an overclocked 72Hz refresh rate) and a Qualcomm SnapDragon 821 processor. The incoming image is modified to fit the LCD screen of the Oculus Go VR HMD and to obtain the refresh rate of 60Hz or the overclocked 72Hz refresh rate).<br><br>To prepare incoming video for that display resolution, the processor modifies the video. For example, the Oculus GO stores the YouTube VR application, which receives a "first video stream."<br><br>The Oculus GO processor is adapted to obtain a first image frame from a YouTube video stream and "expand the first image frame" to prepare the incoming video for the display resolution. The "first image frame" and the expanded "modified image frame" are different. |   |

| | | |
|---|---|---|
| generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame;<br>display the modified image frame; and display the bridge frame.<br><br>27. The apparatus of claim 26, wherein the bridge frame is black. | In 2012, the predecessor entity, Oculus, encountered the problem of its OLED screens displaying "motion blur."<br><br>In 2012, Oculus contracted for the services of an individual named Mark Rejhon, a citizen of Canada. Rejhon solved the problem of "motion blur," changing the mode of the backlight unit from continuous to low persistence mode. This is called "black frame insertion" or "BFI."<br><br>In the GO, the processor performs the steps of generating a black bridge frame. To reduce this perceived motion blur, the GO practices the invention of claim 27 by generating a solid black bridge frame and inserting the bridge frame between the modified image frames. | "Strobing" is also known as BFI. Tests of the GO headset disclose BFI.   https://blurbusters.com/best-vr-guide-2019-compare-popular-virtual-reality-headsets/ ] |