# EXHIBIT 5

## U.S. Patent No. 9,699,444: QUEST

| Claim 27 | Facts | Factual Evidence |
|---|---|---|
| An apparatus comprising: a storage adapted to: store one or more image frames . . . | The picture to the right shows the inside of a Quest.<br><br>The arrow points to the storage component of the Quest. The storage houses video data as a sequence of image frames. | |

| | | |
|---|---|---|
| a processor adapted to: obtain a first image frame from a first video stream; generate a modified image frame by performing at least one of expanding the first image frame, shrinking the first image frame, removing a portion of the first image frame, stitching together the first image frame with a second image frame, inserting a selected image into the first image frame, and reshaping the first image frame, wherein the modified image frame is different from the first image frame . . . . | Quest includes two OLED displays per eye with a resolution of 1440 x 1660 per eye, a 72 Hz refresh rate and a Snapdragon 835 processor. To prepare incoming video for that display resolution, the processor modifies the video. For example, the Oculus Quest stores the YouTube VR application, which receives a "first video stream." The arrow points to the processor.<br><br>The Oculus Quest processor is adapted to obtain a first image frame from a YouTube video stream and "expand the first image frame" to prepare the incoming video for the display resolution of 1440 x 1660 per eye. The "first image frame" and the expanded "modified image frame" are different.<br><br>The Oculus Quest processor is a stand-alone all-in-one Gaming Virtual Reality.  It is NOT tethered to a computer. It has a powerful processor and up to 128 Gigabyes of storage. |  |

US Pat. No. 9,699,444: Quest                                                                                                       Page 2

| | | |
|---|---|---|
| generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame; display the modified image frame; and display the bridge frame.<br><br>27. The apparatus of claim 26, wherein the bridge frame is black. | In 2012, the predecessor entity, Oculus, encountered the problem of its OLED screens displaying "motion blur."<br><br>In 2012, Oculus contracted for the services of an individual named Mark Rejhon, a citizen of Canada. Rejhon solved the problem of "motion blur," changing the mode of the backlight unit from continuous to low persistence mode. This is called "black frame insertion" or "BFI."<br><br>In the Quest, the processor performs the steps of generating a black bridge frame. To reduce this perceived motion blur, the Quest practices the invention of claim 27 by generating a solid black bridge frame and inserting the bridge frame between the modified image frames. | |