# EXHIBIT 6

## U.S. Patent No. 9,699,444: RIFT

| Claim 27 | Facts | Factual Evidence |
|---|---|---|
| An apparatus comprising: a storage adapted to: store one or more image frames . . . | The picture to the right shows the inside of a Rift.<br><br>The arrow points to the storage component of the Rift. The storage houses video data as a sequence of image frames. | |

US Pat. No. 9,699,444: Rift

Page 1

| | | |
|---|---|---|
| a processor adapted to: obtain a first image frame from a first video stream; generate a modified image frame by performing at least one of expanding the first image frame, shrinking the first image frame, removing a portion of the first image frame, stitching together the first image frame with a second image frame, inserting a selected image into the first image frame, and reshaping the first image frame, wherein the modified image frame is different from the first image frame . . . . | Rift includes two OLED displays per eye with a resolution of 1080 x 1200 per eye, a 72 Hz refresh rate and a processor (ST Microelectronics Cortex MO).<br><br>To prepare incoming video for that display resolution, the processor modifies the video. For example, the Oculus Rift stores the YouTube VR application, which receives a "first video stream." The arrow points to the processor.<br><br>The Oculus Rift processor is adapted to obtain a first image frame from a YouTube video stream and "expand the first image frame" to prepare the incoming video for the display resolution of 1080 x 1200 per eye. The "first image frame" and the expanded "modified image frame" are different.<br><br>The Oculus Rift processor is tethered to a computer. |  |

| | | |
|---|---|---|
| generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the modified image frame; display the modified image frame; and display the bridge frame.<br><br>27. The apparatus of claim 26, wherein the bridge frame is black. | In 2012, the predecessor entity, Oculus, encountered the problem of its OLED screens displaying "motion blur."<br><br>In 2012, Oculus contracted for the services of an individual named Mark Rejhon, a citizen of Canada. Rejhon solved the problem of "motion blur," changing the mode of the backlight unit from continuous to low persistence mode. This is called "black frame insertion" or "BFI."<br><br>In the Rift, the processor performs the steps of generating a black bridge frame. To reduce this perceived motion blur, the Rift practices the invention of claim 27 by generating a solid black bridge frame and inserting the bridge frame between the modified image frames. | VDPP performed empirical testing on the Rift, and proved Rift's use of BFI. The 'slow motion"viewing of the Oculus Virtual Reality Headset does show Black Frame Insertion (BFI) being used.<br><br>Empirical Filming is done with a Casio EX-Z100 camera which can take video at 30 frame per second (fps) which is normal speed or the camera can be set to take slow motion speeds of 240 fps, 480 fps or 1000 fps.<br><br>The first time VDPP viewed the Oculus VR, VDPP used the Casio to film the display of the Oculus VR Headset by filming directly into the eyepiece of the VR headset.<br>VDPP first [filmed at 30 fps](#) to show what the viewer would see.  (This underlining is a link to the video.)<br>Immediately after, VDPP filmed at 1000 fps to see what was displayed to the viewer.<br>The first (30 fps) did *not* show Black Frame Insertion (BFI) but the second filming, done immediately after at 1000 fps, showed the use of Black Frame Insertion (BFI).<br><br>What the 1000 fps filming of the Oculus VR headset shows is the image frame being displayed, followed by fully Black Image Frames (BFI) that are inserted into the video to reduce motion blur.<br><br>The second time the camera was positioned so I could film through both lenses.  The filming at 1000 fps, as expected, showed that Black Frame Insertion (BFI) was used for both lenses of the Oculus Headset.<br><br>Why do we not see the Black Frames at 30 fps?  That is because the mind-eye has persistence of vision which all film relies upon.<br>So while the viewer cannot see BFI at 30 fps, the Blacks-space is being added as a solution to the problem of motion blur. |