# EXHIBIT 7

# U.S. Patent No. 9,426,452: Portal

| Claim 2 | Facts | Factual Evidence |
|---|---|---|
| 2. An apparatus comprising: a storage adapted to: store one or more image frames . . . | The picture to the right shows the storage component inside a Portal—SanDisk Embedded 32GB Flash Disk.<br><br>The storage houses video data as a sequence of image frames. | *[Photograph of a SanDisk SDINDDH4-32G embedded flash memory chip on a green circuit board]* |

| | | |
|---|---|---|
| a processor adapted to: obtain a first image from a first video stream; obtain a second image from a second video stream, wherein the first image is different from the second image; stitch together the first image and the second image to generate a stitched image frame . . . . | The Portal contains a processor (see upper right). The processor is adapted to obtain two video streams, one from a camera (video of the Portal user placing a call). See the camera from the Portal, lower right.<br><br>The processor is also adapted to obtain another video stream via the Internet (video of the individual to whom the call had been placed).<br><br>Both the first image (caller) and the second image (callee) are displayed on the screen and stitched together.<br><br>See photo on next page to the right, a display of a stitched image frame. |  |

| | | |
|---|---|---|
| generate a first modified image frame by removing a first portion of the stitched image frame; generate a second modified image frame by removing a second portion of the stitched image frame; generate a third modified image frame by removing a third portion of the stitched image frame; wherein the first modified image frame, the second modified image frame, and the third modified image frame are different from each other . . . .<br><br>identify a bridge frame; blend the first modified image frame with the bridge frame to generate a first blended frame; blend the second modified image frame with the bridge frame to generate a second blended frame; blend the third modified image frame with the bridge frame to generate a third blended frame; overlay the first blended frame, the second blended frame, and the third blended frame to generate a combined frame; display the combined frame. | Since the Portal can automatically zoom (it has a wide angled camera), the Portal modifies the incoming video displaying only a part of combined video.<br><br>The Facebook Portal has an LCD display screen in which an incoming image pixel is displayed by splitting it into 3 subpixels - one for each of the three primary colors Red, Green and Blue.  Each of the subpixels is blended with the backlight bridge frame.<br><br>Finally, the Portal displays the combined, full color video chat image.  This infringes US Patent 9,426,452.<br><br>In other words, *every LCD screen has a backlight layer (BLU) and an LCD layer.  The Backlight layer (BLU) is the bridge frame for the Facebook Portal.  The BLU layer and the LCD layers are blended to display the picture.*<br><br>*The Portal removes the Green-Blue color in the stitched image frame to form the first modified image frame.  It does this for each pixel in the stitched image frame by placing the green* |  |

| | | |
|---|---|---|
| | *portion of the pixel in the (green) subpixel of the corresponding pixel to form a first modified image frame.*<br><br>*Similary, it removes the Red-BLue color in the stitched image frame to form the second modified image frame, and it removes the Red-Green color in the stitched image frame to form the third modified image frame. Each of the first, second and third modified image frames are blended with the bridge frame to generate a first blended frame, a second blended frame and a third blended frame.* | |