# EXHIBIT 8

# U.S. Patent No. 9,948,922: GO

| Claim 2 | Facts | Factual Evidence |
|---|---|---|
| 1. An apparatus comprising: a storage adapted to: store one or more image frames . . . . | The picture to the right shows the inside of a GO.<br><br>The arrow points to the storage component of the GO. The storage houses video data as a sequence of image frames. | |

| | | |
|---|---|---|
| a processor adapted to:<br>obtain a first image frame and a second image frame from a first video stream;<br>generate a first modified image frame by expanding the first image frame, wherein the first modified image frame is different from the first image frame;<br>generate a second modified image frame by expanding the second image frame, wherein the second modified image frame is different from the second image frame . . . . | The Oculus Go is a completely self-contained, standalone, no-phone-or-PC-necessary VR system with an LCD display.  The Oculus Go has a 2560 ×1 440 5.5" (538ppi) fast-switching LCD display with standard 60Hz refresh rate (and an overclocked 72Hz refresh rate) and a Qualcomm SnapDragon 821 processor.  The incoming image is modified to fit the LCD screen of the Oculus Go VR HMD and to obtain the refresh rate of 60Hz or the overclocked 72Hz refresh rate).To prepare incoming video for that display resolution, the processor modifies the video. For example, the Oculus GO stores the YouTube VR application, which receives a "first video stream." The Oculus GO processor is adapted to obtain a first image frame and a second image frame from the YouTube video stream. The processor expands the first image frame to prepare the incoming video for the display resolution. The processor expands the second image frame to prepare the incoming video for the display resolution.The "first image frame" and "second image frame" are different than the modified first image frame and the modified second image frame. |  |

| | | |
|---|---|---|
| generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the second image frame;<br>display the first modified image frame;<br>display the bridge frame; and<br>display the second modified image frame.<br><br>2. The apparatus of claim 1, wherein the bridge frame is black. | In 2012, the predecessor entity, Oculus, encountered the problem of its OLED screens displaying "motion blur."<br><br>In 2012, Oculus contracted for the services of an individual named Mark Rejhon, a citizen of Canada. Rejhon solved the problem of "motion blur," changing the mode of the backlight unit from continuous to low persistence mode. This is called "black frame insertion" or "BFI."<br><br>In the GO, the processor performs the steps of generating a black bridge frame. To reduce this perceived motion blur, the GO practices the invention of claim 2 by generating a solid black bridge frame and inserting the bridge frame between the first modified image frame (as expanded) and the second modified image frame (as expanded). | "Strobing" is also known as BFI. Tests of the GO headset disclose BFI. https://blurbusters.com/best-vr-guide-2019-compare-popular-virtual-reality-headsets/ ] |