# EXHIBIT 9

# U.S. Patent No. 9,948,922: QUEST

| Claim 2 | Facts | Factual Evidence |
|---|---|---|
| 1. An apparatus comprising: a storage adapted to: store one or more image frames . . . . | The picture to the right shows the inside of a Quest.<br><br>The arrow points to the storage component of the Quest. The storage houses video data as a sequence of image frames. | |

| | | |
|---|---|---|
| a processor adapted to: obtain a first image frame and a second image frame from a first video stream; generate a first modified image frame by expanding the first image frame, wherein the first modified image frame is different from the first image frame; generate a second modified image frame by expanding the second image frame, wherein the second modified image frame is different from the second image frame . . . . | Quest includes two OLED displays per eye with a resolution of 1440 x 1660 per eye, a 72 Hz refresh rate and a Snapdragon 835 processor. To prepare incoming video for that display resolution, the processor modifies the video. For example, the Oculus Quest stores the YouTube VR application, which receives a "first video stream." The arrow points to the processor.<br><br>The Oculus Quest processor is adapted to obtain a first image frame and a second image frame from the YouTube video stream. The processor expands the first image frame to prepare the incoming video for the display resolution of 1440 x 1660 per eye. The processor expands the second image frame to prepare the incoming video for the display resolution of 1440 x 1660 per eye.The "first image frame" and "second image frame" are different than the modified first image frame (as expanded) and the modified second image frame (as expanded).<br><br>Quest has up to 128 Gigabytes of storage. |  |

US Pat. No. 9,948,922: Quest                                                                                                                 Page 2

| | |
|---|---|
| generate a bridge frame, wherein the bridge frame is a solid color, wherein the bridge frame is different from the first image frame and different from the second image frame;<br>display the first modified image frame;<br>display the bridge frame; and<br>display the second modified image frame.<br><br>2. The apparatus of claim 1, wherein the bridge frame is black. | In 2012, the predecessor entity, Oculus, encountered the problem of its OLED screens displaying "motion blur."<br><br>In 2012, Oculus contracted for the services of an individual named Mark Rejhon, a citizen of Canada. Rejhon solved the problem of "motion blur," changing the mode of the backlight unit from continuous to low persistence mode. This is called "black frame insertion" or "BFI."<br><br>In the Quest, the processor performs the steps of generating a black bridge frame. To reduce this perceived motion blur, the Quest practices the invention of claim 2 by generating a solid black bridge frame and inserting the bridge frame between the first modified image frame (as expanded) and the second modified image frame (as expanded). |